**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| **EAST BUTLER COUNTY COMMON SEWER DISTRICT and SCHULTZ ENGINEERING SERVICES, INC.,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**vs.** )<br>)<br>**AIRVAC, INC.,** )<br>)<br>**Defendant.** ) | **Case No. 1:06CV0184 TCM** |

## ORDER

Defendant Airvac, Inc.'s Motion to Compel [Doc. 11] is hereby scheduled for hearing on the Court's discovery docket on **August 13, 2007**, at **10:00 a.m.** in the Chambers of the undersigned in **St. Louis, Missouri**. Any counsel may participate in the hearing by telephone, if counsel notifies the office of the undersigned at 314-244-7510 of his or her intent to do so at least twenty-four (24) hours in advance of the scheduled conference.

If the parties resolve the above discovery dispute prior to the hearing date, counsel shall inform the Court by telephone.

An identical motion was filed in the above matter and docketed as document number 12.

**IT IS HEREBY ORDERED** that the Clerk's Office shall strike this second motion [Doc. 12] from the record.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of July, 2007.